Caroline Harris Crowne
TONKON TORP LLP
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
caroline.harris.crowne@tonkon.com
(503) 802-2056 Direct Dial
(503) 972-3756 Facsimile

Jeffrey Alberts (Admitted *pro hac vice*)
Bryan T. Mohler (Admitted *pro hac vice*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
jalberts@pryorcashman.com
bmohler@pryorcashman.com
(212) 326-0800 Direct Dial
(212) 798-6309 Facsimile

*Attorneys for Plaintiff Dan Heine*

G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Casey M. Nokes, OSB No. 076641
cnokes@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
CABLE HUSTON LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR   97204-1136
(503) 224-3092 Telephone
(503) 224-3176 Facsimile

*Attorneys for Defendant The Bank of Oswego*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| **DAN HEINE**, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>**THE BANK OF OSWEGO**, an Oregon corporation,<br><br>    Defendant. | Civil No.  3:15-cv-01622-SI<br><br>**AGREEMENT AND STIPULATION** |

WHEREAS, the parties to this matter, plaintiff Dan Heine ("Plaintiff" or "Mr. Heine") and defendant The Bank of Oswego ("Defendant" or the "Bank") (collectively, the "Parties") are scheduled to conduct a bench trial in this action, beginning on November 3, 2015, before United States District Court Judge Michael Simon; and

Page  1 – AGREEMENT AND STIPULATION

WHEREAS, the Parties have determined that it is in their mutual interests to conduct the trial in as efficient a manner as possible;

NOW, THEREFORE, for an in consideration of the mutual covenants and agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby stipulate and agree as follows:

1. The Declaration of Stephen G. Andrews, attached hereto as Exhibit A, may be received in evidence at trial without objection, except that the Parties may argue relevance and the weight of the evidence.

2. The Declaration of Dan Heine, attached hereto as Exhibit B, may be received in evidence at trial without objection, except that the Parties may argue relevance and the weight of the evidence.

3. Neither party shall call any witness to testify at trial but agree to make their expert witnesses available to testify at trial if the Court requests expert testimony in addition to the submitted expert reports.

[*REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK*]

4. The signature page of this Agreement and Stipulation may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

IT IS SO STIPULATED:

DATED: October 30, 2015

TONKON TORP LLP

By: ___s/ Caroline Harris Crowne___
Caroline Harris Crowne
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
caroline.harris.crowne@tonkon.com
(503) 802-2056 Direct Dial
(503) 972-3756 Facsimile

PRYOR CASHMAN LLP

By: ___s/ Bryan T. Mohler___
Jeffrey Alberts (Admitted *pro hac vice*)
Bryan T. Mohler (Admitted *pro hac vice*)
7 Times Square
New York, NY 10036
jalberts@pryorcashman.com
bmohler@pryorcashman.com
(212) 326-0800 Direct Dial
(212) 798-6309 Facsimile

*Attorneys for Plaintiff Dan Heine*

DATED:  October 30, 2015

CABLE HUSTON LLP

By: ___s/ Casey M. Nokes___
G. Kevin Kiely, OSB No. 833950
gkkiely@cablehuston.com
Casey M. Nokes, OSB No. 076641
cnokes@cablehuston.com
Nicole M. Swift, OSB No. 141419
nswift@cablehuston.com
1001 SW Fifth Avenue
Suite 2000
Portland, OR 97204

*Attorneys for Defendant The Bank of Oswego*

SO ORDERED:

_____   _____
The Honorable Michael H. Simon                            DATE
United States District Court Judge

Page  3 – AGREEMENT AND STIPULATION